IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

FILED
APR 22 2013
PATRICK KEANEY
Clerk, U.S. District Court
By_____ Deputy Clerk

| | |
|---|---|
| CHARLES DARDEN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIV-13-150-RAW-KEW |
| ) | |
| TIM WILKINSON, Warden, ) | |
| ) | |
| Respondent. ) | |

## OPINION AND ORDER

Now before the court is Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. It has come to the court's attention that Petitioner was convicted in **Texas County**, Oklahoma, which is located within the territorial jurisdiction of the **Western District of Oklahoma**. Therefore, in the furtherance of justice, this matter may be more properly addressed in that district.

ACCORDINGLY, pursuant to 28 U.S.C. § 2241(d), Petitioner's petition for a writ of habeas corpus is hereby **transferred** to the **Western District of Oklahoma** for all further proceedings.

IT IS SO ORDERED this 22nd day of April 2013.

*Ronald A. White*
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**