IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CHARLES DARDEN, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| vs. | ) | No. CIV-13-392-C |
| | ) | |
| JUSTIN JONES, DIRECTOR OF OKLAHOMA DEPARTMENT OF CORRECTIONS, | ) ) ) | |
| | ) | |
| Respondent | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on August 2, 2013. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and the Respondent's Motion to Dismiss Time Barred Petition (Dkt. No. 9) is DENIED. Respondent is directed to file a response to the Petition for Writ of Habeas Corpus within thirty days of this date.

IT IS SO ORDERED this 25th day of September, 2013.

_____
ROBIN J. CAUTHRON
United States District Judge