IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CHARLES DARDEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-13-392-C |
| | ) | |
| ROBERT PATTON, Director, | ) | |
| Oklahoma Department of Corrections, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Shon T. Erwin, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Erwin entered a Report and Recommendation on September 30, 2014, to which Petitioner has timely objected. The Court therefore considers the matter de novo.

Petitioner's Objection appears to raise a new argument, but in any event, the Court is satisfied there is no dispute of fact and the Magistrate Judge has applied the correct rules of law. Petitioner, under any theory, is not entitled to the relief he seeks.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, denies this petition for habeas corpus relief. A judgment will enter accordingly.

IT IS SO ORDERED this 13th day of November, 2014.

ROBIN J. CAUTHRON
United States District Judge